### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW HAMPSHIRE

<u>Stephen Miner</u>

    v.                                      Civil No. 07-cv-294-SM

<u>Northern NH Correctional</u>
<u>Facility, Warden, et al.</u>

### O R D E R

Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $17.40 is due no later than November 16, 2007.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the NH Department of Corrections when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

    **SO ORDERED.**

                                      _/s/ James R. Muirhead_____
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: October 4, 2007

cc:   Stephen Miner, pro se
       Bonnie S. Reed, Financial Administrator
       NH Department of Corrections, Inmate Accounts