UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Stephen Miner,
   Plaintiff

    v.                              Case No.   07-cv-294-SM

Northern NH Correctional Facility,
Warden, et al.
   Defendants

O R D E R

The plaintiff having failed to comply with the Order of Magistrate Judge Muirhead dated October 4, 2007, to pay the initial filing fee, the complaint is hereby dismissed without prejudice.

SO ORDERED.

January 11, 2008                       _____
                                       Steven J. McAuliffe
                                       United States District Judge

cc:  Stephen Miner, pro se